

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Francisco Javier Martinez,

\* From the 238th District Court
of Midland County,
Trial Court No. CV54786.

Vs. No. 11-21-00277-CV

\* December 30, 2021

Silverline Services, LLC,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Francisco Javier Martinez.